Certificate Number: 17082-PAW-DE-041446712

Bankruptcy Case Number: 26-22301

17082-PAW-DE-041446712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 8:11 o'clock PM MST, PHILLIPPE R BOURQUE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 15, 2026

By: /s/Mary Miller

Name: Mary Miller

Title: Certified Credit Counselor