FILED
9/17/26 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-22301-GLT |
| | : | Chapter: | 13 |
| Phillippe R. Bourque | : | | |
| | : | | |
| | : | Date: | 9/16/2026 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

-

***MATTER:*** #4 - Motion to Extend Automatic Stay
#16 - Certificate of No Objection
[#20- Motion to Extend Time to Complete Petition]

***APPEARANCES***:
Debtor: Ababgale Steidl
Trustee: James Warmbrodt

[1:39]
***NOTES:***

Steidl: They are predominately done. We need to update the income. That's what we are waiting on now.

Court: In the last case there were no payments made and there was a reference to selling property.

Steidl: After the last bankruptcy case was filed, there was a major waterline in his home that broke. It wasn't covered by insurance. Then, there was an issue with mold developing. That situation has now been resolved. I have spoken to Michael Lingg who is a broker. They will give us a signed listing agreement within the next week or so. Instead of paying towards the last bankruptcy case, he was trying to fix these home issues. The listing price for the home should be around $270,000.

***OUTCOME:***

1. For the reasons stated on the record at the September 16, 2026 hearing, the *Motion to Extend Automatic Stay* [Dkt. No. 4] is **conditionally GRANTED**. A status conference is set for November 25, 2026 at 9 a.m. The stay is extended through November 30, 2026. Status report by November 20 indicating that a broker application has been submitted, schedules are filed, and a payment has been received by the trustee. [DB to enter modified order at Dkt. No. 4]

2. The Motion to Extend Time to File Schedules [Dkt. No. 20] is **GRANTED** in part. The Debtor shall complete the schedules, statement of financial affairs, and file a chapter 13 plan by September 23, 2026. [DB to enter modified order at Dkt. No. 20]

**DATED:** 9/16/2026