FILED
9/17/26 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Phillippe R. Bourque, | : | Case No. 26-22301 |
| **Debtor** | : | Chapter 13 |
| | : | Docket No. 4 |
| Phillippe R. Bourque, | : | |
| **Movant** | : | |
| vs. | : | (Prior Ch. 13 bankruptcy case filed at docket number 25-23502 GLT and dismissed by order of court dated July 6, 2026) |
| Allegiant Community Fcu, OneMain, Brentwood Bank, Pennymac Loan Services, Pennsylvania Dept of Revenue, Internal Revenue Service, Synchrony Bank, 12 Coastal Community Bank, Affirm, Inc., Barclays Bank Delaware, Capital One, Chase Card Services, Citizens Bank, Credit One Bank, Discover Card, NCB Management Services, US Bank & Elon Financial, American Express National Bank, Portfolio Recovery Associates, Quantum 3 Group & Crown Asset Management, Jefferson Capital Systems, Midland Credit Management, LNNV Funding, Resurgent Capital, Velocity Investments, | : | |
| **Respondents** | : | |

MODIFIED DEFAULT

**ORDER OF COURT**

AND NOW, to wit, this 17th day of September, 2026, it is hereby ORDERED, ADJUDGED, and DECREED that the Automatic Stay in the case of Phillippe R. Bourque is hereby extended ~~beyond 30 days and shall continue in full force and effect until further order of this court or dismissal of this case.~~ until November 30, 2026 pending the submission of an application to retain Michael Ling (or such other real estate broker) to market the Debtor's real property at 5117 Yale Drive in Aliquippa before October 16, 2026. Because the Debtor failed to make any payments in his last case, the Court also expects to see a pattern of plan payments before the stay will be extended for the duration of the case. If the Debtor timely files a broker application, makes two plan payments, and files the bankruptcy schedules, the Court will consider extending the stay through the duration of the case upon the filing of a supplement by the Debtor confirming that each of these events has occurred.

IT IS FURTHER ORDERED that A status conference is scheduled for November 25, 2026 at 9 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. Parties that wish to participate in the status conference via Zoom may do so in compliance with Judge Taddonio's Procedures. The Debtor shall file a Status report by November 20, 2026 indicating that a broker application has been submitted, schedules are filed, and payment has been received by the trustee.

Dated: 9/17/26

GREGORY L. TADDONIO hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Phillippe R. Bourque
Debtor

Case No. 26-22301-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Sep 17, 2026 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillippe R. Bourque, 230 Cliffside Drive, Mars, PA 16046-4802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George W. Fitting | on behalf of Creditor Duquesne Light Company gfitting@bernsteinlaw.com gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Phillippe R. Bourque julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

TOTAL: 6