# Phillippe Bourque

# Proof of Income
# Filed pursuant to rule 1007-4

## Case No. 26-22301-GLT

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 0 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000110301 | 1 |

# Earnings Statement

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 03/01/2026
Period Ending: 03/15/2026
Pay Date: 03/16/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 57,941.65 |
| Imputed Inc | | | 105.60 | |
| Gross Pay | | | $7,813.93 | 58,469.65 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,413.78 | 10,449.18 |
| | Social Security Tax | -475.38 | 3,580.60 |
| | Medicare Tax | -111.18 | 837.40 |
| | PA State Income Tax | -235.39 | 1,772.97 |
| | Pittsburgh C Income Tax | -76.67 | 577.51 |
| | PA SUI Tax | -5.47 | 40.93 |
| | **Other** | | |
| | Dental | -25.38* | 121.14 |
| | Health | -114.40* | 563.20 |
| | Imputed Inc | -105.60 | 528.00 |
| | Local Srvc Tax | -2.17 | 10.85 |
| | Vision | -6.75* | 33.75 |
| | 401K Loan | -518.83 | 2,594.15 |
| | Net Pay | $4,722.93 | |
| | Checking | -4,722.93 | |
| | Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** 00000110301
Pay date: 03/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $4,722.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000130345 | 1 |

# Earnings Statement

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 03/16/2026
Period Ending: 03/31/2026
Pay Date: 03/31/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 65,649.98 |
| Imputed Inc | | | 105.60 | |
| Gross Pay | | | $7,813.93 | 66,283.58 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -1,413.78 | 11,862.96 |
| | Social Security Tax | -475.38 | 4,055.98 |
| | Medicare Tax | -111.17 | 948.57 |
| | PA State Income Tax | -235.39 | 2,008.36 |
| | Pittsburgh C Income Tax | -76.67 | 654.18 |
| | PA SUI Tax | -5.47 | 46.40 |
| | **Other** | | |
| | Dental | -25.38* | 146.52 |
| | Health | -114.40* | 677.60 |
| | Imputed Inc | -105.60 | 633.60 |
| | Local Srvc Tax | -2.17 | 13.02 |
| | Vision | -6.75* | 40.50 |
| | 401K Loan | -518.83 | 3,112.98 |
| | Net Pay | $4,722.94 | |
| | Checking | -4,722.94 | |
| | Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH, PA 15219

**Advice number:** 00000130345
Pay date: 03/31/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $4,722.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 086 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000160330 | 1 |

# Earnings Statement

ADP

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 04/01/2026
Period Ending: 04/15/2026
Pay Date: 04/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 93,058.31 |
| Imputed Inc | | | 105.60 | |
| Gross Pay | | | $7,813.93 | 93,797.51 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,413.78 | 18,698.43 |
| | Social Security Tax | -475.37 | 5,752.75 |
| | Medicare Tax | -111.18 | 1,345.40 |
| | PA State Income Tax | -235.39 | 2,848.54 |
| | Pittsburgh C Income Tax | -76.67 | 927.85 |
| | PA SUI Tax | -5.47 | 65.66 |
| | **Other** | | |
| | Dental | -25.38* | 171.90 |
| | Health | -114.40* | 792.00 |
| | Imputed Inc | -105.60 | 739.20 |
| | Local Srvc Tax | -2.17 | 15.19 |
| | Vision | -6.75* | 47.25 |
| | 401K Loan | -518.83 | 3,631.81 |
| | Net Pay | $4,722.94 | |
| | Checking | -4,722.94 | |
| | Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** 00000160330
Pay date: 04/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $4,722.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000180306 | 1 |

# Earnings Statement

ADP®

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 04/16/2026
Period Ending: 04/30/2026
Pay Date: 04/30/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 111,566.64 |
| Imputed Inc | | | 105.60 | |
| **Gross Pay** | | | **$7,813.93** | 112,411.44 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -1,413.78 | 22,429.91 |
| | Social Security Tax | -475.38 | 6,897.73 |
| | Medicare Tax | -111.18 | 1,613.18 |
| | PA State Income Tax | -235.39 | 3,415.49 |
| | Pittsburgh C Income Tax | -76.67 | 1,112.52 |
| | PA SUI Tax | -5.47 | 78.69 |
| | **Other** | | |
| | Dental | -25.38* | 197.28 |
| | Health | -114.40* | 906.40 |
| | Imputed Inc | -105.60 | 844.80 |
| | Local Srvc Tax | -2.17 | 17.36 |
| | Vision | -6.75* | 54.00 |
| | 401K Loan | -518.83 | 4,150.64 |
| | **Net Pay** | **$4,722.93** | |
| | Checking | -4,722.93 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** 00000180306
Pay date: 04/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $4,722.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 088 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000200298 | 1 |

# Earnings Statement

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 05/01/2026
Period Ending: 05/15/2026
Pay Date: 05/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 119,274.97 |
| Imputed Inc | | | 105.60 | |
| **Gross Pay** | | | **$7,813.93** | 120,225.37 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -1,413.78 | 23,843.69 |
| | Social Security Tax | -475.38 | 7,373.11 |
| | Medicare Tax | -111.18 | 1,724.36 |
| | PA State Income Tax | -235.39 | 3,650.88 |
| | Pittsburgh C Income Tax | -76.67 | 1,189.19 |
| | PA SUI Tax | -5.47 | 84.16 |
| | **Other** | | |
| | Dental | -25.38* | 222.66 |
| | Health | -114.40* | 1,020.80 |
| | Imputed Inc | -105.60 | 950.40 |
| | Local Srvc Tax | -2.17 | 19.53 |
| | Vision | -6.75* | 60.75 |
| | 401K Loan | -518.83 | 4,669.47 |
| | **Net Pay** | **$4,722.93** | |
| | Checking | -4,722.93 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** **00000200298**
Pay date: 05/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $4,722.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000200299 | 2 |

# Earnings Statement

ADP®

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 05/01/2026
Period Ending: 05/15/2026
Pay Date: 05/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | | 26,836.00 | 146,110.97 |
| **Gross Pay** | | | **$26,836.00** | 147,061.37 |
| **Deductions** | **Statutory** | | | |
| | Federal Income Tax | | -7,919.29 | 31,762.98 |
| | Social Security Tax | | -1,663.83 | 9,036.94 |
| | Medicare Tax | | -389.12 | 2,113.48 |
| | PA State Income Tax | | -823.87 | 4,474.75 |
| | Pittsburgh C Income Tax | | -268.36 | 1,457.55 |
| | PA SUI Tax | | -18.78 | 102.94 |
| | **Other** | | | |
| | Dental | | | 222.66 |
| | Health | | | 1,020.80 |
| | Imputed Inc | | | 950.40 |
| | Local Srvc Tax | | | 19.53 |
| | Vision | | | 60.75 |
| | 401K Loan | | | 4,669.47 |
| | **Net Pay** | | **$15,752.75** | |
| | Checking | | -15,752.75 | |
| | **Net Check** | | **$0.00** | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

Your federal taxable wages this period are $26,836.00

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** **00000200299**
Pay date: 05/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $15,752.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000220181 | 1 |

# Earnings Statement

ADP

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 05/16/2026
Period Ending: 05/31/2026
Pay Date: 05/29/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 153,819.30 |
| Imputed Inc | | | 105.60 | |
| **Gross Pay** | | | **$7,813.93** | 154,875.30 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -1,413.78 | 33,176.76 |
| | Social Security Tax | -475.38 | 9,512.32 |
| | Medicare Tax | -111.18 | 2,224.66 |
| | PA State Income Tax | -235.39 | 4,710.14 |
| | Pittsburgh C Income Tax | -76.67 | 1,534.22 |
| | PA SUI Tax | -5.47 | 108.41 |
| | **Other** | | |
| | Dental | -25.38* | 248.04 |
| | Health | -114.40* | 1,135.20 |
| | Imputed Inc | -105.60 | 1,056.00 |
| | Local Srvc Tax | -2.17 | 21.70 |
| | Vision | -6.75* | 67.50 |
| | 401K Loan | -518.83 | 5,188.30 |
| | **Net Pay** | **$4,722.93** | |
| | Checking | -4,722.93 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH, PA 15219

**Advice number:** **00000220181**
Pay date: 05/29/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $4,722.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000240181 | 1 |

# Earnings Statement

ADP

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 06/01/2026
Period Ending: 06/15/2026
Pay Date: 06/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 161,527.63 |
| Imputed Inc | | | 105.60 | |
| **Gross Pay** | | | **$7,813.93** | 162,689.23 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -1,413.78 | 34,590.54 |
| | Social Security Tax | -475.38 | 9,987.70 |
| | Medicare Tax | -111.17 | 2,335.83 |
| | PA State Income Tax | -235.39 | 4,945.53 |
| | Pittsburgh C Income Tax | -76.67 | 1,610.89 |
| | PA SUI Tax | -5.47 | 113.88 |
| | **Other** | | |
| | Dental | -25.38* | 273.42 |
| | Health | -114.40* | 1,249.60 |
| | Imputed Inc | -105.60 | 1,161.60 |
| | Local Srvc Tax | -2.17 | 23.87 |
| | Vision | -6.75* | 74.25 |
| | 401K Loan | -518.83 | 5,707.13 |
| | **Net Pay** | **$4,722.94** | |
| | Checking | -4,722.94 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH, PA 15219

**Advice number:** **00000240181**
Pay date: 06/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $4,722.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 045 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000240182 | 2 |

# Earnings Statement

ADP

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 06/01/2026
Period Ending: 06/15/2026
Pay Date: 06/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | | 5,000.00 | 166,527.63 |
| **Gross Pay** | | | **$5,000.00** | 167,689.23 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -773.60 | 35,364.14 |
| | Social Security Tax | -310.00 | 10,297.70 |
| | Medicare Tax | -72.50 | 2,408.33 |
| | PA State Income Tax | -153.50 | 5,099.03 |
| | Pittsburgh C Income Tax | -50.00 | 1,660.89 |
| | PA SUI Tax | -3.50 | 117.38 |
| | **Other** | | |
| | Dental | | 273.42 |
| | Health | | 1,249.60 |
| | Imputed Inc | | 1,161.60 |
| | Local Srvc Tax | | 23.87 |
| | Vision | | 74.25 |
| | 401K Loan | | 5,707.13 |
| | **Net Pay** | **$3,636.90** | |
| | Checking | -3,636.90 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $5,000.00

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** **00000240182**
Pay date: 06/15/2026

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $3,636.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000260232 | 1 |

# Earnings Statement

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 06/16/2026
Period Ending: 06/30/2026
Pay Date: 06/30/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7708.33 | 86.67 | 7,708.33 | 174,235.96 |
| Imputed Inc | | | 105.60 | |
| **Gross Pay** | | | **$7,813.93** | 175,503.16 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -1,413.78 | 36,777.92 |
| Social Security Tax | -475.38 | 10,773.08 |
| Medicare Tax | -111.18 | 2,519.51 |
| PA State Income Tax | -235.39 | 5,334.42 |
| Pittsburgh C Income Tax | -76.67 | 1,737.56 |
| PA SUI Tax | -5.47 | 122.85 |
| **Other** | | |
| Dental | -25.38* | 298.80 |
| Health | -114.40* | 1,364.00 |
| Imputed Inc | -105.60 | 1,267.20 |
| Local Srvc Tax | -2.17 | 26.04 |
| Vision | -6.75* | 81.00 |
| 401K Loan | -518.83 | 6,225.96 |
| **Net Pay** | **$4,722.93** | |
| Checking | -4,722.93 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,667.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH, PA 15219

**Advice number:** **00000260232**
Pay date: 06/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $4,722.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000280274 | 1 |

# Earnings Statement

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 07/01/2026
Period Ending: 07/15/2026
Pay Date: 07/15/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 | 86.67 | 7,916.67 | 182,152.63 |
| Imputed Inc | | | 109.23 | |
| **Gross Pay** | | | **$8,025.90** | 183,529.06 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -1,464.65 | 38,242.57 |
| | Social Security Tax | -488.52 | 11,261.60 |
| | Medicare Tax | -114.25 | 2,633.76 |
| | PA State Income Tax | -241.90 | 5,576.32 |
| | Pittsburgh C Income Tax | -78.79 | 1,816.35 |
| | PA SUI Tax | -5.62 | 128.47 |
| | **Other** | | |
| | Dental | -25.38* | 324.18 |
| | Health | -114.40* | 1,478.40 |
| | Imputed Inc | -109.23 | 1,376.43 |
| | Local Srvc Tax | -2.17 | 28.21 |
| | Vision | -6.75* | 87.75 |
| | 401K Loan | -518.83 | 6,744.79 |
| | **Net Pay** | **$4,855.41** | |
| | Checking | -4,855.41 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $7,879.37

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH, PA 15219

**Advice number:** **00000280274**
Pay date: 07/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHILLIPPE BOURQUE** | xxxxxx5440 | xxxx xxxx | $4,855.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 016 |
|---|---|---|---|---|---|
| NDD | 001383 | RD0100 | MAIL | 0000310181 | 1 |

# Earnings Statement

ADP

*PITTSBURGH PENGUINS LP*
*1001 FIFTH AVENUE,*
*PITTSBURGH,PA 15219*

Period Beginning: 07/16/2026
Period Ending: 07/31/2026
Pay Date: 07/31/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1

**PHILLIPPE BOURQUE**
**230 CLIFFSIDE DRIVE**
**MARS PA 16046**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.66 | 86.67 | 7,916.66 | 190,069.29 |
| Imputed Inc | | | 108.90 | |
| Gross Pay | | | $8,025.56 | 191,554.62 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -1,464.57 | 39,707.14 |
| | Social Security Tax | -177.40 | 11,439.00 |
| | Medicare Tax | -114.25 | 2,748.01 |
| | PA State Income Tax | -241.89 | 5,818.21 |
| | Pittsburgh C Income Tax | -78.79 | 1,895.14 |
| | PA SUI Tax | -5.62 | 134.09 |
| | **Other** | | |
| | Dental | -25.38* | 349.56 |
| | Health | -114.40* | 1,592.80 |
| | Imputed Inc | -108.90 | 1,485.33 |
| | Local Srvc Tax | -2.17 | 30.38 |
| | Vision | -6.75* | 94.50 |
| | 401K Loan | -518.83 | 7,263.62 |
| | **Net Pay** | **$5,166.61** | |
| | Checking | -5,166.61 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $7,879.03

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.67 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-642-1300

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PITTSBURGH PENGUINS LP
1001 FIFTH AVENUE,
PITTSBURGH,PA 15219

**Advice number:** **00000310181**
Pay date: 07/31/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIPPE BOURQUE | xxxxxx5440 | xxxx xxxx | $5,166.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**