Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Phillippe R. Bourque<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8306<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 13 | 8/18/26 |
| Case number: | 26–22301–GLT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Phillippe R. Bourque | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 230 Cliffside Drive<br>Mars, PA 16046 | |
| **4. Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl–steinberg.com |
| **5. Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 9/24/26 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 7, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |

**8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:** — **Filing deadline: 2/5/27**

**You must file:**

- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** — **Filing deadline: 10/27/26**

**Deadline for governmental units to file a proof of claim:** — **Filing deadline: 2/14/27**

**Deadlines for filing proof of claim:**
A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** — **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**9. Filing of plan, objections and hearing**

The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:
**12/7/26** at **09:00 AM** , Location: **Same location as the Meeting of Creditors.**

Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues.

**10. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Filing a chapter 13 bankruptcy case**

Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline.

**13. Discharge of debts**

Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-22301-GLT
Phillippe R. Bourque Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Sep 25, 2026 Form ID: 309iPGH Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillippe R. Bourque, 230 Cliffside Drive, Mars, PA 16046-4802 |
| aty | + | George W. Fitting, WH Burkley, LLP, 601 Grant St., Fl. 9, Pittsburgh, PA 15219-4430 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16703431 | | 08 Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16703432 | | 12 Coastal Community Bank, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16703435 | | Allegent Community Fcu, 1001 Liberty Ave, Ste 100, Pittsburgh, PA 15222-3715 |
| 16703439 | + | Brentwood Bank, Attn: Bankruptcy, 411 McMurray Road, Bethel Park, PA 15102-1165 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ebnjts@grblaw.com | Sep 26 2026 01:34:00 | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Sep 26 2026 01:34:00 | Kenneth Steidl, Steidl & Steinberg, Koppers Building, 436 Seventh Ave. Ste. 322, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Sep 26 2026 01:34:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 26 2026 01:34:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16703434 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 26 2026 01:32:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16703433 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 26 2026 01:32:44 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16703436 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2026 01:32:44 | American Express National Bank, c/o Becket & Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 16703438 | | EDI: TSYS2 | Sep 26 2026 05:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 16703437 | | EDI: TSYS2 | Sep 26 2026 05:26:00 | Barclays Bank Delaware, PO Box 8803, |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8803 |
| 16706244 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2026 01:34:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 16703441 | | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16703440 | | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16708070 | | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16703442 | | EDI: JPMORGANCHASE | Sep 26 2026 05:26:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16703443 | | EDI: JPMORGANCHASE | Sep 26 2026 05:26:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16703445 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2026 01:34:00 | Citizensbk, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 16703444 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2026 01:34:00 | Citizensbk, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 16703446 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 01:32:47 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16703447 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 01:32:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16703448 | | EDI: DISCOVER | Sep 26 2026 05:26:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16703449 | | EDI: IRS.COM | Sep 26 2026 05:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16703450 | | EDI: JEFFERSONCAP.COM | Sep 26 2026 05:26:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 16722442 | + | Email/Text: RASEBN@raslg.com | Sep 26 2026 01:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16703451 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 01:32:48 | LVNV Funding & Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 16723111 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 01:32:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16703452 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2026 01:34:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 16703455 | ^ | MEBN | Sep 26 2026 01:28:22 | NCB Management Services, 1 Allied Dr, Feasterville Trevose, PA 19053-6945 |
| 16703453 | ^ | MEBN | Sep 26 2026 01:28:24 | Ncb, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16703454 | ^ | MEBN | Sep 26 2026 01:28:25 | Ncb Management Services, Attn: Bankruptcy, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16703456 | | EDI: AGFINANCE.COM | Sep 26 2026 05:26:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16703459 | | EDI: PRA.COM | Sep 26 2026 05:26:00 | Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16703460 | | EDI: PRA.COM | Sep 26 2026 05:26:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 16703461 | | EDI: PRA.COM | Sep 26 2026 05:26:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

| | | | |
|---|---|---|---|
| 16703457 | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16703458 | + Email/PDF: ebnotices@pnmac.com | Sep 26 2026 01:44:34 | Pennymac Loan Services, PO Box 2410, Moorpark, CA 93020-2410 |
| 16707498 | + Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16703462 | EDI: Q3G.COM | Sep 26 2026 05:26:00 | Quantum 3 Group & Crown Asset Management, Po Box 788, Kirkland, WA 98083-0788 |
| 16703463 | EDI: Q3G.COM | Sep 26 2026 05:26:00 | Quantum 3 Group & Velocity Investments, Po Box 788, Kirkland, WA 98083-0788 |
| 16706262 | EDI: Q3G.COM | Sep 26 2026 05:26:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16705668 | EDI: Q3G.COM | Sep 26 2026 05:26:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16709190 | EDI: USBANKARS.COM | Sep 26 2026 05:26:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 16703464 | EDI: USBANKARS.COM | Sep 26 2026 05:26:00 | US Bank & Elon Financial, c/o Bankruptcy Dept, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16727450 | * | 08 Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16727451 | * | 12 Coastal Community Bank, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16727453 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16727452 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16727454 | * | Allegent Community Fcu, 1001 Liberty Ave, Ste 100, Pittsburgh, PA 15222-3715 |
| 16727455 | * | American Express National Bank, c/o Becket & Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 16721215 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16727457 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 16727456 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 16727458 | *+ | Brentwood Bank, Attn: Bankruptcy, 411 McMurray Road, Bethel Park, PA 15102-1165 |
| 16727460 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16727459 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16727461 | * | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16727462 | * | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16727464 | * | Citizensbk, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 16727463 | * | Citizensbk, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| 16727465 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16727466 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16727467 | * | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16727468 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16727469 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 16725168 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16727470 | * | LVNV Funding & Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 16727471 | *+ | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 16727474 | *+ | NCB Management Services, 1 Allied Dr, Feasterville Trevose, PA 19053-6945 |

| | | |
|---|---|---|
| 16727472 | * | Ncb, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16727473 | * | Ncb Management Services, Attn: Bankruptcy, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16727475 | * | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16727478 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16727479 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 16727480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16703986 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16727476 | * | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16727477 | *+ | Pennymac Loan Services, PO Box 2410, Moorpark, CA 93020-2410 |
| 16727481 | * | Quantum 3 Group & Crown Asset Management, Po Box 788, Kirkland, WA 98083-0788 |
| 16727482 | * | Quantum 3 Group & Velocity Investments, Po Box 788, Kirkland, WA 98083-0788 |
| 16727483 | * | US Bank & Elon Financial, c/o Bankruptcy Dept, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 1 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George W. Fitting | on behalf of Creditor Duquesne Light Company gfitting@bernsteinlaw.com gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Phillippe R. Bourque julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6